# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2014

## NO.  03-12-00485-CR

**Leeroy Milligan, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.